1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODNEY V. COLEMAN,

11          Plaintiff,                    No. CIV S-06-1583 LKK PAN P

12      vs.

13   SCOTT KERNAN, Warden,
     et al.,
14          Defendants.

15   _____/          ORDER

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $4.00 will be assessed by this

24   order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to

25   collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

26   Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

1   preceding month's income credited to plaintiff's prison trust account.  These payments will be

2   forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

3   account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4         The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

5   and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

6   reasonable opportunity to prevail on the merits of this action.

7         In accordance with the above, IT IS HEREBY ORDERED that:

8         1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

9         2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

10  Plaintiff is assessed an initial partial filing fee of $4.00.  All fees shall be collected and paid in

11  accordance with this court's order to the Director of the California Department of Corrections

12  and Rehabilitation filed concurrently herewith.

13        3.  Service is appropriate for the following defendants: Scott Kernan, A.D.W. R.

14  Mandeville, Lieutenant J. Flint, Captain Rick Hill, Sergeant Greer, and Amy Holiday.

15        4.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,

16  an instruction sheet and a copy of the complaint filed July 17, 2006.

17        5.  Within thirty days from the date of this order, plaintiff shall complete the

18  attached Notice of Submission of Documents and submit the following documents to the court:

19        a.  The completed Notice of Submission of Documents;

20        b.  One completed summons;

21        c.  One completed USM-285 form for each defendant listed in number 3

22        above; and

23        d.  Seven copies of the endorsed complaint filed July 17, 2006.

24        6.  Plaintiff need not attempt service on defendants and need not request waiver of

25  service.  Upon receipt of the above-described documents, the court will direct the United States

26  /////

2

Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/cole1583.1.new

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODNEY V. COLEMAN,

11          Plaintiff,                    No. CIV S-06-1583 LKK PAN P

12     vs.

13   SCOTT KERNAN, Warden, et al.,        NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____      completed summons form

19          _____      completed USM-285 forms

20          _____      copies of the _____

21   DATED:                              Complaint/Amended Complaint

22

23                                       _____

24                                       Plaintiff

25

26