IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

      Plaintiff,                             No. CIV S-06-1583 LKK PAN P

    vs.

SCOTT KERNAN, Warden, et al.,

      Defendants.                  ORDER

_____/

        Plaintiff has requested an extension of time to submit the documents needed for service of defendants pursuant to the court's order of July 28, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's August 14, 2006 request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to submit the documents needed for service of defendants.

DATED: August 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/bb
cole1583.36