IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

      Plaintiff,                    No. CIV S-06-1583 LKK PAN P

    vs.

SCOTT KERNAN, Warden, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed July 28, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On August 29, 2006, plaintiff submitted the copies of the complaint and five USM-285 forms but failed to submit the USM-285 form for defendant Kernan.

/////

/////

/////

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  The Clerk of the Court is directed to send plaintiff a blank USM-285 form; and

3      2.  Within thirty days, plaintiff shall submit to the court the completed USM-285 form required to effect service for defendant Kernan.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed as to defendant Kernan.

DATED:  September 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
cole1583.8f