IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY V. COLEMAN,** | 2:06-CV-1583 LKK EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2006, defendants requested an extension of time in which to file an answer to the complaint. Good cause having been shown, defendants' request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' November 30, 2006, request for an extension of time is granted.

2. Defendants are granted an additional thirty days up to and including January 2, 2007, within which to file an answer to the complaint.

Dated: December 5, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE