IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY V. COLEMAN,** | 2:06-CV-1583 LKK EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. §1983. On December 22, 2006, defendants filed a motion for an extension of time in which to file and serve a responsive pleading. Good cause appearing, defendants' request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's December 22, 2006, request for an extension of time is granted.

2. Defendants are granted an additional 30 days up to and including February 6, 2007, within which to file an initial responsive pleading.

Dated: January 8, 2007.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE