IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

      Plaintiff,                    No. CIV S-06-01583 ALA P

    vs.

SCOTT KERNAN, et al.,

      Defendants.          ORDER

_____/

      Defendants have requested an extension of time to file a motion for summary judgment pursuant to the court's order of January 9, 2007.

      Good cause appearing, IT IS HEREBY ORDERED that:

          1. Defendant's October 2, 2007 request for an extension of time is granted; and

          2. Defendants are granted fourteen days, up to and including October 17, 2007, to file a motion for summary judgement.

/////

DATED: October 2, 2007

                                            /s/ Arthur L. Alarcón  
                                            UNITED STATES CIRCUIT JUDGE  
                                            Sitting by Designation