1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODNEY V. COLEMAN,

11              Plaintiff,                    No. CIV S-06-1583 ALA P

12        vs.

13   SCOTT KERNAN, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has

17   ruled that district courts lack authority to require counsel to represent indigent prisoners in

18   § 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In certain

19   exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to

20   28 U.S.C. § 1915(e)(1).  *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v.*

21   *Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not

22   find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel

23   will therefore be denied.

24   /////

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for the appointment of

2 counsel is denied.

3 DATED: October 23, 2007

4                                                        /s/ Arthur L. Alarcón
                                                         UNITED STATES CIRCUIT  JUDGE
5                                                        Sitting by Designation

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26