IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

       Plaintiff,                    No. CIV S-06-01583 ALA P

   vs.

SCOTT KERNAN, et al.,

       Defendants.           <u>ORDER</u>

_____/

       On November 7, 2007, Plaintiff filed a document requesting a deadline to respond to Defendant's motion for summary judgment. The court in fact issued Plaintiff a deadline in its November 1, 2007, order.

       Therefore, IT IS HEREBY ORDERED that Plaintiff's November 7, 2007, request for a court imposed deadline is denied in light of the court's November 1, 2007, order.

/////

DATED: November 27, 2007

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation