IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

    Plaintiff,                      No. CIV S-06-01583 ALA P

vs.

SCOTT KERNAN, et al.,

    Defendants.           <u>ORDER</u>

_____/

    On November 7, 2007, Plaintiff filed a document requesting an extension of time to respond to Defendant's motion for summary judgment. The court issued Plaintiff a an extension of time in its November 1, 2007, order.

    Therefore, IT IS HEREBY ORDERED that Plaintiff's November 7, 2007, request for an extension of time is denied as moot in light of the court's November 1, 2007, order.

/////

DATED: November 28, 2007

                                                    /s/ Arthur L. Alarcón  
                                                    UNITED STATES CIRCUIT JUDGE  
                                                    Sitting by Designation