IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

        Plaintiff,                    No. CIV S-06-01583 ALA P

   vs.

SCOTT KERNAN, et al.,

        Defendants.          <u>ORDER</u>

_____/

      Plaintiff Rodney Coleman has filed a second request for an extension of time to file an opposition to Defendant's motion for summary judgment.

      Good cause appearing, IT IS HEREBY ORDERED that:

          1. Plaintiff's December 3, 2007, request for an extension of time is GRANTED; and

          2. Plaintiff is granted thirty-five (35) days from the date of this order to file an opposition to Defendant's motion for summary judgment.

/////

DATED: December 5, 2007

                                                   /s/ Arthur L. Alarcón
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation