1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODNEY V. COLEMAN,

11            Plaintiff,              No. CIV S-06-01583 ALA P

12        vs.

13   SCOTT KERNAN, et al.,

14            Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff Rodney Coleman has filed a third request for an extension of time to file an

17   opposition to Defendant's motion for summary judgment.

18        Good cause appearing, IT IS HEREBY ORDERED that:

19            1.  Plaintiff's January 7, 2008, request for an extension of time is GRANTED; and

20            2.  Plaintiff is granted thirty-five (35) days from the date of this order to file an

21   opposition to Defendant's motion for summary judgment.

22   /////

23   DATED: January 9, 2008

24                              /s/ Arthur L. Alarcón
                                UNITED STATES CIRCUIT  JUDGE
25                              Sitting by Designation

26