1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

     Plaintiff,                     No. CIV S-06-01583 ALA P

     vs.

SCOTT KERNAN, et al.,

     Defendants.              <u>ORDER</u>

_____/

     Plaintiff Rodney Coleman is a state prisoner proceeding pro se and in forma pauperis. He seeks relief of an alleged civil rights violation pursuant to 42 U.S.C. § 1983. On February 19, 2008, plaintiff filed a motion for discovery. On that date, plaintiff also filed a document entitled "Specification of facts why discovery is necessary." Defendants filed an opposition to that motion on March 4, 2008.

     The Federal Rules of Civil Procedure, Rule 7 requires that a motion "state with particularity the grounds" for the motion, and "set forth the relief or order sought." FED. R. CIV. PRO. 7(b)(1). Neither plaintiff's motion nor the document regarding "facts" address why plaintiff has requested this court order production of discovery or why plaintiff is entitled to such an order. Further, plaintiff makes no argument addressing the fact that plaintiff is seeking discovery after the court imposed discovery deadline. As such, plaintiff's motion will be denied.

1  /////

2      Therefore, IT IS HEREBY ORDERED that plaintiff's February 19, 2008, motion for

3  discovery is DENIED.

4  /////

5  DATED: March 6, 2008

6                                       /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT  JUDGE
7                                         Sitting by Designation