IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

      Plaintiff,                     No. 2:06-cv-01583 ALA (P)

     vs.

SCOTT KERNAN, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff, Rodney V. Coleman's, request (Doc. 54) dated June 26, 2008 to be informed as to the status of his lawsuit is denied as MOOT.

      On July 7, 2008, plaintiff was served with the Court's judgment (Doc. 53) dated June 17, 2008 granting defendants' motion for summary judgment.

/////

DATED: July 15, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation