IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY V. COLEMAN,

      Plaintiff,                    Case No. 2:06-cv-01583 ALA (P)

      vs.

SCOTT KERNAN, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff Rodney Coleman filed a request labeled "extension of time." (Doc. 55). Plaintiff's filing, however, asks this Court to order the CDCR to deem him a preferred legal user so he may respond to this Court's dismissal of his action. This Court construes Plaintiff's filing a request for an extension of time to respond to this Court's judgment entered on June 17, 2008. (Doc. 52).

      Good cause appearing, IT IS HEREBY ORDERED that Plaintiff file his response on or before August 15, 2008.

/////

DATED: July 18, 2008

                                                  /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation